# EXHIBIT A

BP-A032
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name          | Register No.        | Unit    |
|------------------------|---------------------|---------|
| Samuel, Antonio D.     | 11345-021           | Cadre 1 |
| Evaluation Period      | Work Assignment     |         |
| April 2019             | Welding             |         |

Bonus Justification

I recommend a bonus for this worker, even though I cannot give him one due to Facilities budget restraints. Mr. Samuel has a terrific attitude and is eager to learn. He works well with others and has shown tremendous initiative in the Welding Shop since I hired him. We have done multiple fabrication projects and repairs to steam lines and hot water heaters.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
✓4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

B. QUANTITY OF WORK
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
✓4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
✓5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
✓5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
✓4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
✓4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                          Prescribed by P5251                Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ___ 1  _✓_ 2  ___ 3  ___ 4  ___ M.

2. Hours of Satisfactory work  154

3. Regular Pay  44.66

4. Bonus Recommended:  _✓_ yes;  ___ no

5. Total Pay  44.66

| Supervisor's Signature | Date 04/24/2019 |
|---|---|
| Inmate's Signature | Date 04/24/2019 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

# EXHIBIT B



Certificate Of Attendance

is presented to

Antonio D. Samuel

for

Participating in Positive Decision Making Seminar

Signature

Date 11-4-13

FCC PETERSBURG LOW, Petersburg, VA



# Certificate of Completion

This is to certify that

## Antonio Samuel

has satisfactorily completed the

## WALK FOR LIFE PROGRAM

Completing <u>53.5 Miles</u>

This certificate is hereby issued on this 30th day of July 2015 Sponsored by the Recreation Department

_____
Recreation Specialist
FCC Petersburg Low/Camp
Petersburg, VA

# CERTIFICATE OF COMPLETION

## Antonio Samuel

*Has successfully completed Module 1 of the Reentry Workshop, "Get Paid What You're Worth – Job Search, Resume and Career Development."*

_____
Case Manager Hawkins

September 1, 2015
Date

_____
Unit Manager Davis

# CERTIFICATE OF COMPLETION

## Antonio Samuel

*Has successfully completed Module 2 of the Reentry Workshop, "More Money / More Honey – Personal Finance, Credit Repair & Building, Mortgages, and Contracts."*

_____          November 2, 2015
Case Manager Hawkins                        Date

_____
Unit Manager Davis

front

216U



# Congratulations!

## Antonio Samuel

has successfully completed the Soul Keeping class at The Low at Butner Prison and has discovered how to care for the most important part of his being.

Over the last six weeks we have learned that "grace and peace will be ours in abundance through the knowledge of God and of Jesus our Lord." 2 Peter:1-2



Course Facilitator

Date 2/16/17



# NCCER

Board of Trustees confers upon

## ANTONIO SAMUEL

this certificate of completion for

## Construction Site Safety Orientation

in the Standardized Craft Training Program on this Nineteenth day of December, in the year 2017

Donald E. Whyte
President, NCCER







# NCCER

Board of Trustees confers upon

## ANTONIO SAMUEL

This certificate of completion for all levels of

## Core Curriculum

as part of the Standardized Craft Training Program on this Nineteenth day of December, in the year 2017

*Donald E. Whyte*
Donald E. Whyte
President, NCCER







# Excellence

We hereby express our sincere appreciation to

**ANTONIO SAMUEL**
11345-021

for your outstanding performance
and exceptional commitment.

**NONRESIDENTIAL DRUG ABUSE GROUP**

April 2019

Mitchell, M.S., Drug Treatment Specialist

# EXHIBIT C

Dear Judge Moore:

My name is Tammie Bryant. I am a production supervisor at Strength Of Nature. I have been with my company for 9 years. I am currently buying my home at 2 Chestnut Circle, Port Wentworth, Ga. I live in my home with my 2 grown daughters. I am writing you in reference to Antonio Samuel. Antonio Samuel is a longtime friend. I have known Antonio for 20+ years and i looking forward to Antonio's release from prison. My family is opening our home for Antonio to be in a safe and drugfree environment. I think that residing with us will be a positive step as he establishes his life after prison.

Thank you
Tammie Bryant
*Tammie Bryant*
912-508-2218

# EXHIBIT D



REG. U.S. PATENT OFFICE

GCC/IBT 135-S

Timothy S. Mackey, President
Ronald V. Montague, Sr., RecordingSecretary

# International Longshoremen's
# .... Association ....

*Affiliated with AFL-CIO and Canadian Labour Congress*

**LOCAL NO. 1414**

221 N. E. Lathrop Avenue — Post Office Box 1262
Savannah, Georgia 31402
Telephone 233-2944 — 232-8242 — Fax 236-8081

May 30, 2019

The Honorable William T. Moore, Jr.
Judge, U.S. District Court
125 Bull Street
Savannah, GA  31401

RE: Antonio Samuel

Dear Judge Moore:

I'm writing this letter on the behalf of my brother Antonio Samuel. My name is Kareem Evans and I work for the ILA Local 1414 (International Longshoremen's Association) for 17 years. I'm well known and I'm union member in the industry. His attorney Thomas A. Withers in trying to have my brother release on the first step act. If release the organization is willing to help him gets an opportunity to work here in the industry.

The International Longshoremen's Association local 1414 in Savannah, GA is one of the Nation's and World's busiest Port operations. We have reached record numbers in containers and break-bulk cargo moved in our port each quarter/year for the last 10 years and more. We are projected to double in production in the years to come while exceeding each year's production.

If you have any questions, please feel to contact me at (912) 856-8349.
Sincerely,

*/s/ Kareem Evans*

Kareem Evans
ILA Local 1414

Cc: Phillip Bell    */s/ Phillip Bell*
Business Agent, ILA Local 1414