UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 4:02-CR-00282-WTM |
| ANTONIO DECORE SAMUEL, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given, pursuant to Federal Rules of Appellate Procedure 3 and 4, that Antonio Decore Samuel, Defendant in the above-captioned case, hereby timely appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of this Court dated August 23, 2019, Doc. # 65, denying Defendant's Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of The First Step Act of 2018, Doc. # 60.

Respectfully submitted, this 3rd day of September, 2019.

                               GILLEN, WITHERS & LAKE, LLC

                               ***s/ Thomas A. Withers, Esq.***
                               Thomas A. Withers, Esq.
                               Georgia Bar Number: 772250
                               Attorney for Defendant Antonio D. Samuel

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
                 E-Mail: Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 3rd day of September, 2019.

                                               GILLEN, WITHERS & LAKE, LLC

                                               *s/ Thomas A. Withers, Esq.*
                                               Thomas A. Withers, Esq.
                                               Georgia Bar Number: 772250
                                               Attorney for Defendant Antonio D. Samuel

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com